IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**Bryan Flanagan**, )<br>)<br>Defendant. ) | CRIMINAL NO: 20-cr-30065-SMY-1 |

### JOINT STATUS REPORT

COMES NOW the Defendant, by and through his attorney, Ethan Skaggs, Assistant Federal Public Defender for the Southern District of Illinois, with the consent of Assistant United States Attorney Chris Hoell provides this joint status report:

1. The parties have completed plea negotiations. The Defense expects to receive proposed plea documents within the next few days, and it is expected that Mr. Flanagan will enter a plea to the charges. The Defense expects to be ready to proceed with a guilty plea at the next scheduled setting in this matter and asks the Court to convert the final pretrial conference to a change of plea hearing.

2. Counsel for the Defendant sought and obtained Assistant United States Attorney Chris Hoell's approval to file this report on behalf of both parties.

Respectfully submitted,

*/s/ Ethan Skaggs*
ETHAN SKAGGS
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon the assigned Assistant United States Attorney, Southern District of Illinois, via electronic filing with the Clerk of the Court using the CM/ECF system on July 8, 2021.

                                                        */s/* Ethan Skaggs