IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 20-CR-30065-SMY-1 |
| | ) | |
| BRYAN FLANAGAN | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Christopher Hoell, Assistant United States Attorney for said District, herewith enter into the following Stipulation of Facts with the defendant,

1. In April and May 2020, agents with the FBI were contacted by state law enforcement agencies in multiple states who informed FBI agents that those agencies had open investigations in Defendant Bryan Flanagan regarding him contacting minors online and via phone.

2. In the majority of these cases, Flanagan was contacting minor victims at random by utilizing fake profiles on social media. He would request that the victims either send him videos or photographs of them nude or engaging in sex acts or they perform such acts on a live Web chat.

3. With some victims, Flanagan told them that he had a young girl over at his house and if the victims did not provide him with the explicit images, he was going to rape the fictious minor.

4. On or about March 29, 2020, Flanagan distributed in interstate commerce via the Internet to another individual, image file "unified_message_232718757781030.jpg", that met the

federal definition of child pornography as described in count 1 of the Indictment.

5. On or about March 29, 2020, Flanagan, with the intent to extort nude photographs and videos, knowingly sent messages via the Internet from Illinois to Tennessee to B.G., a minor, that he was going to rape a female minor as described in count 2 of the Indictment.

6. On or about March 29, 2020, Flanagan distributed in interstate commerce via the Internet to another individual, image file "unified_message_974917056238610.jpg", that met the federal definition of child pornography as described in count 3 of the Indictment.

7. On or about March 29, 2020, Flanagan, with the intent to extort nude photographs and videos, knowingly sent messages via the Internet from Illinois to Missouri to M.G., a minor, that he was going to rape a female minor as described in count 4 of the Indictment.

8. On or about March 31, 2020, Flanagan, with the intent to extort nude photographs and videos, knowingly sent messages via the Internet from Illinois to California to M.G., a minor, that he was going to rape a female minor as described in count 5 of the Indictment.

9. On or about March 30, 2020, Flanagan, with the intent to extort nude photographs and videos, knowingly sent messages via the Internet from Illinois to Texas to D.A., a minor, that he was going to rape a female minor as described in count 6 of the Indictment.

10. On or about March 29, 2020, Flanagan, with the intent to extort contact information of minors, knowingly sent messages via the Internet from Illinois to Pennsylvania to K.N., that he was going to rape a female minor as described in count 7 of the Indictment.

11. At all times that the acts of counts 1-7 of the Indictment occurred, Flanagan was located within the Southern District of Illinois.

12. Flanagan used a black Motorola Moto e6 cellular phone having serial number ZY326NZQZK and model number XT2005-4.

SO STIPULATED:

*[Signature: Bryan Flanagan]*
BRYAN FLANAGAN
Defendant

*[Signature: Ethan Skaggs]*
ETHAN SKAGGS
Attorney for Defendant

Date: 9/15/21

STEVEN D. WEINHOEFT
United States Attorney

*[Signature: Christopher R. Hoell]*
CHRISTOPHER HOELL
Assistant United States Attorney

Date: 9/15/2021